1   Shanny J. Lee, Calif. Bar No. 213599
    LAW OFFICES OF HARRY J. BINDER
2   AND CHARLES E. BINDER, P.C.
3   60 East 42nd Street Suite 520
    New York, NY 10165
4   Phone (212) 677-6801
5   Fax   (646) 273-2196
    Email: fedcourt@binderlawfirm.com
6

7   Attorneys for Plaintiff Candace Darlene McLeod

8

9                   UNITED STATES DISTRICT COURT
10
11                 CENTRAL DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| 13 | CANDACE DARLENE MCLEOD | ) No.: 5:15-cv-00955-KS |
| 14 | Plaintiff, | ) **PROPOSED ORDER AWARDING** |
| 15 | | ) **ATTORNEY FEES UNDER THE** |
|  | v. | ) **EQUAL ACCESS TO JUSTICE** |
| 16 | | ) **ACT, PURSUANT TO 28 U.S.C.** |
| 17 | CAROLYN W. COLVIN, | ) **§ 2412(d), AND COSTS, PURSUANT** |
|  | Acting Commissioner of Social | ) **TO 28 U.S.C. § 1920** |
| 18 | Security, | ) |
| 19 | | ) |
|  | Defendant. | ) |
| 20 | | |

21

22      Based upon the parties' Stipulation for the Award and Payment of Equal

23  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

24  be awarded attorney fees under the EAJA in the amount of THREE THOUSAND

25  FOUR HUNDRED DOLLARS ($3,400.00), and costs under 28 U.S.C. § 1920, in

26  the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of

27  the above-referenced Stipulation, to include the United States Department of the

28

                                    1

1 | Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

2 | Any payment shall be delivered to Plaintiff's counsel.

3

4

5 | Dated: <u>January 20, 2016</u>          <u>/s/</u>
                                        Karen L. Stevenson
6                                       United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28